**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HENRY JAMES III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION MARK BRUZZONE, ET AL.,<br>　　　　Defendants.<br>_____/ | No. C-12-01608 DMR<br><br>**ORDER OF DISMISSAL** |

　　The court having been advised that the parties have agreed to a settlement of this case,

　　IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

　　IT IS SO ORDERED.

Dated:  September 17, 2012

_____
DONNA M. RYU
United States Magistrate Judge